COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Joe Anthony Romero v. Kroger Texas L.P., Sedgwick Claims
                         Management Services, and Phillips Akers Womac

Appellate case number:   01-12-00049-CV

Trial court case number: 10CV3689

Trial court:             212th District Court of Galveston County

      Appellant, Joe Anthony Romero, filed a motion seeking to have his appeal decided in the first instance by the entire court sitting en banc.  The motion is DENIED.

      It is so ORDERED.


Judge's signature: /s/ Laura Carter Higley
                    Acting individually


Date: October 25, 2013